No. 00–5785. HARPER v. DORMIRE,. SUPERINTENDENT, JEF-FERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–5786. GONZALEZ v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5789. FISHER v. MCGEE ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5791. POSEY v. SMITH, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–5793. GARNER v. MCDONNELL, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5795. HINES v. HUBBARD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5799. SLAUGHTER v. GREINER, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 00–5800. CHAMBERS v. COLORADO DEPARTMENT OF COR-RECTIONS ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–5801. RIETH v. JOHNSON, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5806. PASCHAL v. MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–5808. PONCE-BRAN v. SACRAMENTO NATURAL FOODS COOPERATIVE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5809. JONES v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–5821. CONLEY v. HARKENRIDER ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5823. DAVIES v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.